E-Filed: **9/22/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLIA CORNISH,**<br><br>              Plaintiff,<br><br>       v.<br><br>**ODYSSEY HEALTHCARE, INC., et al.,**<br><br>              Defendants.<br>_____ | **CASE NO. CV 09-00014-GHK (JCx)**<br><br>**JUDGMENT** |

   Pursuant to our September 22, 2009 Corrected Order granting Defendant Odyssey Healthcare GP, LLC's Motion for Summary Judgment, it is hereby **ADJUDGED** that Defendant **SHALL** have judgment against Plaintiff Charlia Cornish, who shall take nothing by her Complaint.

   **IT IS SO ORDERED**.

DATED: September 22, 2009

_____
GEORGE H. KING
United States District Judge